IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bradley Jr, Willie | Case Number: 07 B 17239 |
|---|---|---|
|  | Coleman, Evita R | Judge: Squires, John H |
|  | Printed: 01/29/09 | Filed: 9/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 23, 2009
Confirmed: December 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,140.00 |  |
| Secured: |  | 2,389.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,498.00 |
| Trustee Fee: |  | 252.36 |
| Other Funds: |  | 0.00 |
| Totals: | 4,140.00 | 4,140.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,498.00 | 1,498.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 5. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 6. | Equitable Assurance TSA | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 303.06 | 78.93 |
| 8. | America's Servicing Co | Secured | 8,870.28 | 2,310.71 |
| 9. | Federated Retail Holdings Inc | Unsecured | 26.33 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 19.88 | 0.00 |
| 11. | B-Real LLC | Unsecured | 36.98 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 31.33 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 53.66 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 31.01 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 35.25 | 0.00 |
| 16. | Capital One | Unsecured | 67.00 | 0.00 |
| 17. | Northwestern Business College | Unsecured | 31.90 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 13.25 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 23.93 | 0.00 |
| 20. | Nordstrom | Unsecured | 41.69 | 0.00 |
| 21. | Jefferson Capital Systems LLC | Unsecured | 168.08 | 0.00 |
| 22. | Capital One | Unsecured | 69.50 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 81.67 | 0.00 |
| 24. | Portfolio Recovery Associates | Unsecured | 1,196.25 | 0.00 |
| 25. | United States Dept Of Education | Unsecured | 283.42 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 40.85 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bradley Jr, Willie | Case Number: 07 B 17239 |
|---|---|---|
| | Coleman, Evita R | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 9/21/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | ECast Settlement Corp | Unsecured | 20.03 | 0.00 |
| 28. | I C Systems Inc | Unsecured | 31.90 | 0.00 |
| 29. | RoundUp Funding LLC | Unsecured | 106.04 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 78.81 | 0.00 |
| 31. | B-Real LLC | Unsecured | 131.97 | 0.00 |
| 32. | National Capital Management | Unsecured | 724.40 | 0.00 |
| 33. | B-Real LLC | Unsecured | 203.12 | 0.00 |
| 34. | Cook County Treasurer | Secured | | No Claim Filed |
| 35. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 36. | HFC | Unsecured | | No Claim Filed |
| 37. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 38. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 39. | HSBC | Unsecured | | No Claim Filed |
| 40. | Martin S. Balin MD, PHD | Unsecured | | No Claim Filed |
| 41. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 42. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 43. | Martin S. Balin MD, PHD | Unsecured | | No Claim Filed |
| 44. | Michael A Guthrie | Unsecured | | No Claim Filed |
| 45. | Masseys | Unsecured | | No Claim Filed |
| | | | $ 14,219.59 | $ 3,887.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.32 |
| 6.5% | 124.80 |
| 6.6% | 42.24 |
| | $ 252.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

